IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nancy Bowers, | ) C.A. #9:17-2214-PMD |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Barnes and Noble Booksellers, Inc. and Daniel Cass Balken, | ) |
| Defendants. | ) |

This matter is before the court upon the magistrate judge's recommendation that the case be remanded to the Court of Commons Pleas, Beaufort County, South Carolina. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with Local Civ. Rule 73.02(B)(2)(e) (D.S.C.) and 28 U.S.C. § 636(b).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ORDERED** that plaintiff's motion to remand is **GRANTED** and this case is remanded to the Court of Common Pleas, Beaufort County, South Carolina.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

October 11, 2017
Charleston, South Carolina